IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MARCELLE SANTIAGO, | : | |
| Plaintiff, | : | |
| VS. | : | 1:04-CV-138 (WLS) |
| Lieutenant FAUST, Officers ESKEW, GASS, SHEDRICK, and ADAMS, | : | |
| Defendants. | : | |

**O R D E R**

This is a section 1983 action brought by a former detainee at the Dougherty County Georgia Jail. Presently pending is plaintiff's Motion for Defendants to Pay Cost [sic] of Court in which he seeks an order requiring that the defendants pay all costs of court in view of his indigency. Plaintiff's motion is premature and therefore **DENIED.** In the event that plaintiff prevails against some or all of the defendants he will at that time be given the opportunity to submit a Bill of Costs. Plaintiff's motion is further **DENIED** for want of an appropriate certificate of service. The certificate of service attached to the motion shows service upon the court rather than defendants or their counsel.

SO ORDERED, this 14th day of December 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE