IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
| MARCELLE SANTIAGO, | : | |
| Plaintiff, | : | |
| VS. | : | 1:04-CV-138 (WLS) |
| Lieutenant FAUST, Officers ESKEW, GASS, SHEDRICK, and ADAMS, | : | |
| Defendants. | : | |

# O R D E R

This is a section 1983 action brought by a former detainee at the Dougherty County Georgia Jail. Presently pending is plaintiff's Motion to Add Respondents in which he seeks an order adding the Georgia Department of Corrections, all Wardens and the Georgia Parole Board as defendants. Plaintiff appears to allege that these entities have the power to grant reprieves, pardon [sic] and parole. Plaintiff's motion is **DENIED.** None of the entities he seeks to add as defendants to the instant action had anything to do with any conditions of confinement at the Dougherty County Jail. Other than adding these entities as parties plaintiff seeks no additional relief. Plaintiff's motion is further **DENIED** for want of an appropriate certificate of service. The certificate of service attached to the motion shows service upon the court rather than defendants or their counsel.

SO ORDERED, this 14th day of December 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE