IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARCELLE SANTIAGO, | : |
| Plaintiff, | : |
| VS. | : 1:04-CV-138 (WLS) |
| Lieutenant FAUST, Officers ESKEW, GASS, SHEDRICK, and ADAMS, | : |
| Defendants. | : |

**O R D E R**

This is a section 1983 action brought by a former detainee at the Dougherty County Georgia Jail. Presently pending is plaintiff's "Motion to Order Custodian of Disposition" [sic]. Attached to the "motion" is a request to the Warden of Coastal State Prison requesting that he be allowed to give his deposition. Plaintiff is advised that the giving of an oral deposition is a discovery procedure and that if in preparing this matter for disposition defense counsel wishes to take the plaintiff's deposition he will make the necessary arrangements and the plaintiff must then comply. Plaintiff's "motion" is not accompanied by a certificate of service as required by Fed. R. Civ. P. 8. Accordingly for both of the above reasons plaintiff's motion is **DENIED.**

SO ORDERED, this 14th day of December 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE