# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MARCELLE SANTIAGO, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-138 (WLS) |
| Lieutenant FAUST, Officers EWKEW, GAS, SHEDRICK and ADAMS, | : |
| Defendants. | : |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 1, 2008. (Doc. 81). It is recommended that Defendants' Motion for Summary Judgment (Doc. 67) be granted. *Id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 81) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 67) is **GRANTED**.

**SO ORDERED**, this __4th__ day of March, 2008.

/s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**